SO ORDERED,

*Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: September 15, 2022

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI (GULFPORT-6 DIVISION)

IN RE: MADELINE ADAIR FARLOW          CASE NO.: 22-50261-KMS
                                                       CHAPTER 13

## AGREED ORDER

THIS CAUSE came on for consideration on the Motion for Relief from Automatic Stay and for Abandonment as to Debtor (Dk#33) filed by Wells Fargo Bank, N.A. ("Movant") in the above styled case, and the Court has been advised that the parties have reached the following agreement:

1. The parties are in agreement that in the event the Debtor fails to make any future regular installments due the Trustee such that any said payment is more than sixty (60) days delinquent, the automatic stay shall be lifted as to the Movant and/or Movant's successors, agents or representatives, the property, located at 27 SILVER LEAF DR , HATTIESBURG, MS 39401 and more fully described in Exhibit "A" attached hereto and made a part hereof, abandoned from the bankruptcy estate, and Movant and/or Movant's successors, agents or representatives may likewise commence foreclosure proceedings or such other proceedings as may be authorized by its Note and Deed of Trust upon proper ten (10) day notice of default. Partial payments made by the Debtor on future defaults may be kept and applied by Movant without the necessity of filing a new notice of default. Only full cure of future defaults will prevent the lifting of the automatic stay as provided for in this order.

2. Further, should this case be dismissed on motion of the Trustee, of due to any of the grounds specified in Section 109(g)(1) &(2) the Bankruptcy Code, the automatic stay as to Movant shall lift simultaneously with entry of the Order of Dismissal.

3. The fourteen (14) day stay described by Bankruptcy Rule 4001(a)(3) is waived.

Entry of this order shall constitute the entry of final judgment pursuant to Bankruptcy Rule 9021 and Rule 58 of the Federal Rules of Civil Procedure and shall be applicable to any ~~subsequent~~ KMS ~~case filed by the Debtors under the Bankruptcy Code or~~ conversion of this case to any other Chapter under the Bankruptcy Code.

## ##END OF ORDER##

APPROVED

/s/ Elizabeth Crowell Price
Elizabeth Crowell Price
Attorney for Movant

/s/ Thomas C. Rollins, Jr. (with permission)
Jennifer A Curry Calvillo
The Rollins Law Firm, Attorney
Attorney for Debtor

/s/Samuel J. Duncan, Atty for
David Rawlings, Trustee
Or Attorney for Trustee

Presented by:
Elizabeth Crowell Price, MSB# 103676
Dean Morris, LLC
1820 Avenue of America
Monroe, La. 71201
Telephone No: (318) 330-9020
Elizabeth.Price@ms.creditorlawyers.com

EXHIBIT A

Lot 20, Bay Creek Subdivision, Phase I, Forrest County, Mississippi, as per the map or plat thereof on file in the office of the Chancery Clerk of Forrest County, Mississippi.

Signed this 14th day of June, 2016.

*Madeline A. Farlow*
Madeline A. Farlow